UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

CGG 17-020567
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Kane - 171402015
Katherine Knowlton Lopez - 013502011
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Jeffrey Rappaport - 003431991
ATTORNEYS FOR BANK OF AMERICA, N.A.

Order Filed on May 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

BRENT R MORRIS AND KATHLEEN E MORRIS FKA KATHLEEN E MURRAY, DEBTORS

CASE NO.: 17-30370-MBK

HEARING DATE: MAY 15, 2018

JUDGE: Honorable Michael B. Kaplan

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: May 22, 2018**

/s/ Michael B. Kaplan
Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter being opened to the Court by Shapiro & DeNardo, LLC, Attorneys for BANK of AMERICA, N.A., hereinafter "Secured Creditor," upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtors to make payments on a mortgage loan and due notice of said Motion and the supporting Certification having been given by mail to the Trustee, the Debtors and the attorney for the Debtors, if any, AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. Debtors are currently delinquent in post-petition payments for the months of November 1, 2017 through May 1, 2018 in the total amount of $17,717.00.

2. To cure the delinquency outlined in Paragraph One (1), $17,717.00, Debtors agree to remit eleven (11) monthly stipulated cure payments of $1,476.42, starting June 1, 2018; and one (1) final stipulated cure payment of $1,476.38 due on May 1, 2019.

3. Starting June 1, 2018, Debtors also agree to maintain all contractually due payments, which currently amount to $2,531.00.

4. Debtors shall reimburse Secured Creditor $350.00 in attorney fees and $181.00 in court costs through the Chapter 13 Plan. The Chapter 13 Standing Trustee shall amend her records to reflect same.

5. If the Debtors fail to make any payments detailed in this Consent Order within fifteen (15) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtors' failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtors' Counsel and Debtors as required by the local bankruptcy rules.

We hereby consent to the form, content, and entry of the within Order.

Shapiro & DeNardo, LLC

_____    Date: 5-18-18
Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor

_____    Date: 5/17/18
Justin M. Gillman, Esquire
Attorney for the Debtors