UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

CGG 17-020567
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Kane - 171402015
Katherine Knowlton Lopez - 013502011
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Jeffrey Rappaport - 003431991
ATTORNEYS FOR BANK OF AMERICA, N.A.

Order Filed on May 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

BRENT R MORRIS AND KATHLEEN E MORRIS FKA KATHLEEN E MURRAY, DEBTORS

CASE NO.: 17-30370-MBK

HEARING DATE: MAY 15, 2018

JUDGE: Honorable Michael B. Kaplan

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: May 22, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter being opened to the Court by Shapiro & DeNardo, LLC, Attorneys for BANK of AMERICA, N.A., hereinafter "Secured Creditor," upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtors to make payments on a mortgage loan and due notice of said Motion and the supporting Certification having been given by mail to the Trustee, the Debtors and the attorney for the Debtors, if any, AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. Debtors are currently delinquent in post-petition payments for the months of November 1, 2017 through May 1, 2018 in the total amount of $17,717.00.

2. To cure the delinquency outlined in Paragraph One (1), $17,717.00, Debtors agree to remit eleven (11) monthly stipulated cure payments of $1,476.42, starting June 1, 2018; and one (1) final stipulated cure payment of $1,476.38 due on May 1, 2019.

3. Starting June 1, 2018, Debtors also agree to maintain all contractually due payments, which currently amount to $2,531.00.

4. Debtors shall reimburse Secured Creditor $350.00 in attorney fees and $181.00 in court costs through the Chapter 13 Plan. The Chapter 13 Standing Trustee shall amend her records to reflect same.

5. If the Debtors fail to make any payments detailed in this Consent Order within fifteen (15) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtors' failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtors' Counsel and Debtors as required by the local bankruptcy rules.

We hereby consent to the form, content, and entry of the within Order.

Shapiro & DeNardo, LLC

Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor

Date: 5-18-18

Justin M. Gillman, Esquire
Attorney for the Debtors

Date: 5/17/18

United States Bankruptcy Court
District of New Jersey

In re:  
Brent R Morris  
Kathleen E Morris  
    Debtors

Case No. 17-30370-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: May 22, 2018  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2018.  
db/jdb        +Brent R Morris,    Kathleen E Morris,    1066 Kearney Drive,    North Brunswick, NJ 08902-3229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2018 at the address(es) listed below:

           Albert Russo     docs@russotrustee.com  
           Charles G. Wohlrab     on behalf of Creditor     BANK OF AMERICA, N.A. cwohlrab@logs.com, njbankruptcynotifications@logs.com  
           Denise E. Carlon     on behalf of Creditor     Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Justin M Gillman     on behalf of Debtor Brent R Morris abgillman@optonline.net, r47252@notify.bestcase.com  
           Justin M Gillman     on behalf of Joint Debtor Kathleen E Morris abgillman@optonline.net, r47252@notify.bestcase.com  
           Rebecca Ann Solarz     on behalf of Creditor     Toyota Motor Credit Corporation rsolarz@kmllawgroup.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                               TOTAL: 7