Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–30370–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Brent R Morris
1066 Kearney Drive
North Brunswick, NJ 08902

Kathleen E Morris
fka Kathleen E Murray
1066 Kearney Drive
North Brunswick, NJ 08902

Social Security No.:
 xxx–xx–2936

 xxx–xx–4451

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 24, 2018.

On 9/20/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date: October 23, 2018
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 24, 2018
JAN: vpm

Jeanne Naughton
Clerk

```
                                  United States Bankruptcy Court
                                       District of New Jersey
In re:                                                                          Case No. 17-30370-MBK
Brent R Morris                                                                  Chapter 13
Kathleen E Morris
         Debtors                          CERTIFICATE OF NOTICE
District/off: 0312-3              User: admin                Page 1 of 2                Date Rcvd: Sep 24, 2018
                                  Form ID: 185               Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2018.
db/jdb         +Brent R Morris,    Kathleen E Morris,    1066 Kearney Drive,    North Brunswick, NJ 08902-3229
517109889      +1st Crd Srvc,    377 Hoes Lane,    Piscataway, NJ 08854-4138
517199314      +Bank of America, N.A.,    C/O Carrington Mortgage Services, LLC,
                 1600 South Douglass Road, Suite 200-A,    Anaheim, California 92806-5948
517109891      +Bureau of Account Management,    3601 Route 9 North,    Howell, NJ 07731-3395
517109890      +Bureau of Account Management,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
517109894      +Carrington Mortgage Service. Llc,    Po Box 3489,    Anaheim, CA 92803-3489
517109895      +Carrington Mortgage Service. Llc,    1600 S Douglass Rd Ste 2,    Anaheim, CA 92806-5951
517109897      +DT Credit Company, LLC,    PO Box 52020,    Phoenix, AZ 85072-2020
517109896      +Drive Time,    1720 W Rio Salado Pkwy,    Tempe, AZ 85281-6590
517109898       Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
517109899      +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
517109900      +KML Law Group, PC,    216 Haddon Avenue,    Suite 406,    Collingswood, NJ 08108-2812
517109901      +Main Street Acquistion Corp,    P.O. Box 9201,    Old Bethpage, NY 11804-9001
517109902      +Middlesex County Sheriff's Office,    701 Livingston Ave.,    P.O. Box 1188,
                 New Brunswick, NJ 08903-1188
517109905      +Ragan & Ragan,    3100 Route 138 West,    Brinley Plaza, Building One,    Belmar, NJ 07719-9020
517109907      +Real Time Resolutions,    4909 Savarese Circle,    Tampa, FL 33634-2413
517109908       State of New Jersey Dept. of Treasury,    Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695-0245
517109912     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
517208024      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517109913       TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 25 2018 00:18:44      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 25 2018 00:18:39      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517109893       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 25 2018 00:23:48      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
517109892      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 25 2018 00:24:22      Capital One,
                 Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517109904       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 25 2018 00:23:53
                 Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
517109903       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 25 2018 00:23:53
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
517175317       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 25 2018 00:23:54
                 Portfolio Recovery Associates, LLC,    c/o Ann Taylor,    POB 41067,    Norfolk VA 23541
517185429       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 25 2018 00:24:29
                 Portfolio Recovery Associates, LLC,    c/o Pier 1 Imports,    POB 41067,    Norfolk VA 23541
517109906      +E-mail/Text: bkdepartment@rtresolutions.com Sep 25 2018 00:18:54      Real Time Resolutions,
                 Attn: Bankruptcy,    Po Box 36655,    Dallas, TX 75235-1655
517109909      +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2018 00:23:11      Synchrony Bank/Gap,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
517109910      +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2018 00:24:12      Synchrony Bank/Gap,
                 Po Box 965005,    Orlando, FL 32896-5005
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517109911*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 24, 2018
                              Form ID: 185             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2018 at the address(es) listed below:

```
          Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo     docs@russotrustee.com
          Charles G. Wohlrab     on behalf of Creditor    BANK OF AMERICA, N.A. cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Justin M Gillman     on behalf of Joint Debtor Kathleen E Morris abgillman@optonline.net,
           r47252@notify.bestcase.com
          Justin M Gillman     on behalf of Debtor Brent R Morris abgillman@optonline.net,
           r47252@notify.bestcase.com
          Rebecca Ann Solarz     on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 8
```