Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−30370−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Brent R Morris
1066 Kearney Drive
North Brunswick, NJ 08902

Kathleen E Morris
fka Kathleen E Murray
1066 Kearney Drive
North Brunswick, NJ 08902

Social Security No.:
   xxx−xx−2936                                xxx−xx−4451

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/6/19 at 09:00 AM

to consider and act upon the following:

*52* − Creditor's Certification of Default (related document:38 Order on Motion For Relief From Stay) filed by Jeffrey Rappaport on behalf of BANK OF AMERICA, N.A.. Objection deadline is 07/3/2019. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Rappaport, Jeffrey)

Dated: 7/8/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court