Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17−30370−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Brent R Morris | Kathleen E Morris |
| 1066 Kearney Drive | fka Kathleen E Murray |
| North Brunswick, NJ 08902 | 1066 Kearney Drive |
| | North Brunswick, NJ 08902 |

Social Security No.:
    xxx−xx−2936                        xxx−xx−4451

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/6/19 at 09:00 AM

to consider and act upon the following:

*52* − Creditor's Certification of Default (related document:38 Order on Motion For Relief From Stay) filed by Jeffrey Rappaport on behalf of BANK OF AMERICA, N.A.. Objection deadline is 07/3/2019. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Rappaport, Jeffrey)

Dated: 7/8/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Brent R Morris
Kathleen E Morris
      Debtors

Case No. 17-30370-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin          Page 1 of 1          Date Rcvd: Jul 08, 2019
                  Form ID: ntchrgbk      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2019.
db/jdb        +Brent R Morris,   Kathleen E Morris,   1066 Kearney Drive,   North Brunswick, NJ 08902-3229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2019 at the address(es) listed below:
        Albert Russo   on behalf of Trustee Albert Russo docs@russotrustee.com
        Albert Russo   docs@russotrustee.com
        Charles G. Wohlrab   on behalf of Creditor   BANK OF AMERICA, N.A. cwohlrab@logs.com,
       njbankruptcynotifications@logs.com
        Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation
       dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Jeffrey Rappaport   on behalf of Creditor   BANK OF AMERICA, N.A. jrappaport@logs.com
        Justin M Gillman   on behalf of Joint Debtor Kathleen E Morris ecf@gbclawgroup.com,
       5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com
        Justin M Gillman   on behalf of Debtor Brent R Morris ecf@gbclawgroup.com,
       5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com
        Rebecca Ann Solarz   on behalf of Creditor   Toyota Motor Credit Corporation
       rsolarz@kmllawgroup.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                       TOTAL: 9