| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>_____<br>Charles G. Wohlrab, Esquire<br>Shapiro & DeNardo, LLC<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Charles G. Wohlrab, Esq. 016592012<br>CGG 17-020567<br>ATTORNEYS FOR BANK OF AMERICA, N.A. | **Order Filed on August 7, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| IN RE:<br><br>BRENT R MORRIS AND<br>KATHLEEN E MORRIS F/K/A<br>KATHLEEN E MURRAY, DEBTORS | CASE NO.: 17-30370-MBK<br><br>JUDGE: HONORABLE MICHAEL B. KAPLAN |

**ORDER VACATING STAY**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: August 7, 2019**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of Shapiro & DeNardo, LLC, Attorneys for BANK of AMERICA, N.A. under Bankruptcy Code section 362(d) for relief from the Automatic Stay as to certain real property as hereinafter set forth, and for cause shown,

1.    The automatic stay of Bankruptcy Code section 362(a) is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant or alternatively to allow movant to pursue alternatives to foreclosure upon the following:

____XX____    Land and premises known as Lot 8 Block 262 Commonly Known As:

**1066 KEARNEY DRIVE, NORTH BRUNSWICK, NEW JERSEY 08902**

2.    The movant may join the Debtors and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the Debtors, any trustee and other party who entered an appearance on the motion.