Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−30370−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Brent R Morris
1066 Kearney Drive
North Brunswick, NJ 08902

Kathleen E Morris
fka Kathleen E Murray
1066 Kearney Drive
North Brunswick, NJ 08902

Social Security No.:
  xxx−xx−2936                                    xxx−xx−4451

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on October 2, 2019.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 4, 2019
JAN: kmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Brent R Morris  
Kathleen E Morris  
    Debtors

Case No. 17-30370-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Oct 04, 2019  
                   Form ID: 148    Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2019.

```
db/jdb         +Brent R Morris,    Kathleen E Morris,    1066 Kearney Drive,    North Brunswick, NJ 08902-3229
517109889      +1st Crd Srvc,    377 Hoes Lane,    Piscataway, NJ 08854-4138
517199314      +Bank of America, N.A.,    C/O Carrington Mortgage Services, LLC,
                 1600 South Douglass Road, Suite 200-A,    Anaheim, California 92806-5948
517109890      +Bureau of Account Management,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
517109891      +Bureau of Account Management,    3601 Route 9 North,    Howell, NJ 07731-3395
517109894      +Carrington Mortgage Service. Llc,    Po Box 3489,    Anaheim, CA 92803-3489
517109895      +Carrington Mortgage Service. Llc,    1600 S Douglass Rd Ste 2,    Anaheim, CA 92806-5951
517109897      +DT Credit Company, LLC,    PO Box 52020,    Phoenix, AZ 85072-2020
517109896      +Drive Time,    1720 W Rio Salado Pkwy,    Tempe, AZ 85281-6590
517109898       Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
517109899      +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
517109900      +KML Law Group, PC,    216 Haddon Avenue,    Suite 406,    Collingswood, NJ 08108-2812
517109901      +Main Street Acquistion Corp,    P.O. Box 9201,    Old Bethpage, NY 11804-9001
517109902      +Middlesex County Sheriff's Office,    701 Livingston Ave.,    P.O. Box 1188,
                 New Brunswick, NJ 08903-1188
517109905      +Ragan & Ragan,    3100 Route 138 West,    Brinley Plaza, Building One,    Belmar, NJ 07719-9020
517109907      +Real Time Resolutions,    4909 Savarese Circle,    Tampa, FL 33634-2413
517109908       State of New Jersey Dept. of Treasury,    Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695-0245
517208024      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517109913       TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 05 2019 00:44:26      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 05 2019 00:44:22      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517109893       EDI: CAPITALONE.COM Oct 05 2019 04:08:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
517109892      +EDI: CAPITALONE.COM Oct 05 2019 04:08:00      Capital One,    Attn: Bankruptcy,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
517109904       EDI: PRA.COM Oct 05 2019 04:08:00      Portfolio Recovery,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502
517109903       EDI: PRA.COM Oct 05 2019 04:08:00      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
517175317       EDI: PRA.COM Oct 05 2019 04:08:00      Portfolio Recovery Associates, LLC,    c/o Ann Taylor,
                 POB 41067,    Norfolk VA 23541
517185429       EDI: PRA.COM Oct 05 2019 04:08:00      Portfolio Recovery Associates, LLC,    c/o Pier 1 Imports,
                 POB 41067,    Norfolk VA 23541
517109906      +E-mail/Text: bkdepartment@rtresolutions.com Oct 05 2019 00:44:42      Real Time Resolutions,
                 Attn: Bankruptcy,    Po Box 36655,    Dallas, TX 75235-1655
517109909      +EDI: RMSC.COM Oct 05 2019 04:08:00      Synchrony Bank/Gap,    Attn: Bankruptcy,    Po Box 956060,
                 Orlando, FL 32896-0001
517109910      +EDI: RMSC.COM Oct 05 2019 04:08:00      Synchrony Bank/Gap,    Po Box 965005,
                 Orlando, FL 32896-5005
517109912       EDI: TFSR.COM Oct 05 2019 04:08:00      Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054
517109911       EDI: TFSR.COM Oct 05 2019 04:08:00      Toyota Motor Credit Co,    Toyota Financial Services,
                 Po Box 8026,    Cedar Rapids, IA 52408
                                                                                                 TOTAL: 13
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                                        Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Oct 04, 2019
                              Form ID: 148             Total Noticed: 32
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2019 at the address(es) listed below:

         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
         Albert   Russo    docs@russotrustee.com
         Charles G. Wohlrab    on behalf of Creditor    BANK OF AMERICA, N.A. cwohlrab@LOGS.com, njbankruptcynotifications@logs.com
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Jeffrey   Rappaport    on behalf of Creditor    BANK OF AMERICA, N.A. jrappaport@logs.com, njbankruptcynotifications@logs.com
         Justin M Gillman    on behalf of Joint Debtor Kathleen E Morris ecf@gbclawgroup.com, R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com
         Justin M Gillman    on behalf of Debtor Brent R Morris ecf@gbclawgroup.com, R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com
         Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                    TOTAL: 9